## NORDYKE *v.* PASTRELL
No. 2946 (See 54 Nev. 98)

### ON PETITION FOR REHEARING
August 29, 1932.

*Per Curiam:*

Rehearing denied.

## SANTINO *v.* GLENS FALLS INSURANCE CO.
## SANTINO *v.* GREAT AMERICAN INS. CO.
## OF NEW YORK
No. 2954 (See 54 Nev. 127)

### ON PETITION FOR REHEARING
August 29, 1932.

*Per Curiam:*

Rehearing denied.